**STATE of Missouri, Respondent,**

v.

**Robert E. JACKSON, Appellant.**

**No. WD 38369.**

Missouri Court of Appeals, Western District.

Nov. 25, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 3, 1987.

Application to Transfer Denied March 17, 1987.

Sean D. O'Brien, Public Defender, S. Dean Price, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before CLARK, C.J., and SHANGLER and NUGENT, JJ.

### ORDER

PER CURIAM.

Appeal from jury trial conviction of stealing property of a value of $150 or more, § 570.030, RSMo.Cum.Supp.1984, and sentence as a persistent offender, § 558.016.3,

RSMo.Cum.Supp.1984 to a fifteen year term of imprisonment.

Judgment affirmed. Rule 30.25(b).